UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATKINS LAW & ADVOCACY, PLLC | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No: 17-1974 (ABJ)** |
| | ) |
| DEPARTMENT OF VETERANS AFFAIRS, et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order dated March 18, 2018, the parties, by and through undersigned counsel, report to the Court as follows.

1.     The Complaint in this action was filed under the Freedom of Information Act ("FOIA") concerning requests submitted to the United States Department of Veterans Affairs ("VA"), the United States Department of Justice ("DOJ") Office of Attorney General ("OAG"), and two components of DOJ, the Federal Bureau of Investigation ("FBI") and the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").  Defendants answered the Complaint on December 18, 2017.

2.     In the last status report, Defendants had reported that the processing of the FOIA requests had been completed with the exception of a referral by the VA Office of General Counsel ("OGC") of two documents to the Veterans Benefits Administration ("VBA").  The VA reports that VBA issued a decision to the Plaintiff regarding those two documents, on April 4, 2018, under FOIA Request number 18-02162-F.  Accordingly, Defendants state that the processing of the FOIA requests at issue is now complete.

3.      Disputes remain between the parties as to certain issues regarding Defendants'

search for and/or processing of the FOIA requests as reflected in the last status report, as well as

certain other withholdings.  While the parties will confer in an attempt to narrow the issues in

dispute, the parties propose that the Court set the following schedule for the briefing of cross-

motions for summary judgment to resolve any issues that may remain.  The proposed schedule

affords the parties a period of time to attempt to further narrow issues before motions would need

to be prepared.

Defendants' Motion for Summary Judgment:          July 11, 2018

Plaintiff's Cross-Motion and Opposition:          August 14, 2018

Defendants' Opposition to Cross-Motion and Reply: September 14, 2018

Plaintiff's Reply in Support of Cross-Motion:     October 15, 2018


Dated:  April 30, 2018                    Respectfully submitted,


        /s/                                        JESSIE K. LIU
Seth A. Watkins (D.C. Bar # 467470)               D.C. BAR # 472845
      Email:  watkins@wlapllc.com                 United States Attorney
WATKINS LAW & ADVOCACY, PLLC                       for the District of Columbia
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004                              DANIEL F. VAN HORN
Telephone: (202) 355-9421                         D.C. BAR # 924092
Facsimile: (202) 355-9424                         Civil Chief

*Attorney for Plaintiff*                                  /s/
*Watkins Law & Advocacy, PLLC*                    JEREMY S. SIMON
                                                  D.C. BAR #447956
                                                  Assistant United States Attorney
                                                  Civil Division
                                                  555 4th Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 252-2528
                                                  Jeremy.Simon@usdoj.gov

                                                  *Counsel for Defendants*