# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATKINS LAW & ADVOCACY, PLLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS *et al.*<br><br>Defendants. | No. 1:17-cv-01974-ABJ |

### DECLARATION OF SETH A. WATKINS IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Seth A. Watkins, declare:

1. I am an attorney licensed to practice in the District of Columbia, and I am counsel for the plaintiff Watkins Law & Advocacy, PLLC ("Plaintiff") in this action. I know the following facts of my own personal knowledge and if called upon could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of VA ADJUDICATION PROCEDURES MANUAL M21-1, Part III, Subpart iv, Chapter 8, Section A - Evaluating Competency, printed on January 11, 2019 from https://www.knowva.ebenefits.va.gov/system/templates/selfservice/va_ssnew/help/customer/locale/en-US/portal/554400000001018/content/554400000014211/M21-1-Part-III-Subpart-iv-Chapter-8-Section-A-Evaluating-Competency.

3. Attached hereto as **Exhibit 2** is a true and correct copy of VA ADJUDICATION PROCEDURES MANUAL M21-1, Part III, Subpart v, Chapter 9, Section B - Processing Awards to Incompetent Beneficiaries, printed on January 11, 2019 from https://www.knowva.ebenefits.va.gov/system/templates/selfservice/va_ssnew/help/customer/locale/en-US/portal/55440000000101

8/content/554400000014276/M21-1,-Part-III,-Subpart-v,-Chapter-9,-Section-B---Processing-Awards-to-Incompetent-Beneficiaries.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email and letter from the Department of Veterans Affairs concerning a FOIA request that is not the subject of the present action but which concerned statistics related to veterans' incompetency matters.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a MEMORANDUM OF UNDERSTANDING BETWEEN THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS AND THE FEDERAL BUREAU OF INVESTIGATION REGARDING THE NATIONAL INSTANT CRIMINAL BACKGROUND CHECK SYSTEM (Feb. 2012), with a first Amendment (2015) and a Second Amendment (2015) thereto.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a MEMORANDUM OF UNDERSTANDING BETWEEN THE DEPARTMENT OF VETERANS AFFAIRS AND THE FEDERAL BUREAU OF INVESTIGATION ON THE PROVISION OF DATA TO THE NATIONAL INSTANT CRIMINAL BACKGROUND CHECK SYSTEM (Feb. 1998) along with a facsimile cover sheet and cover letter therewith, as released to Plaintiff by defendant Department of Veterans Affairs by transmittal letter dated November 21, 2017.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from the Department of Veterans Affairs dated December 21, 2017 concerning a FOIA request that is the subject of the present action and which concerned, *inter alia*, statistics related to veterans' incompetency matters.

8. Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Dep't of Veterans Affairs, BOARD OF VETERANS' APPEALS ANNUAL REPORT, FISCAL YEAR 2018, downloaded on January 11, 2019 from https://www.bva.va.gov/docs/Chairmans_Annual_Rpts/BVA2018AR.pdf.

- 3 -

9.      Attached hereto as **Exhibit 8** is a true and correct copy of an October 24, 2018 email from Plaintiff's counsel to Defendants' counsel.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Dated:  January 11, 2019                    Respectfully submitted,

                                                  /s/ Seth A. Watkins
                                                  Seth A. Watkins (D.C. Bar # 467470)