UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATKINS LAW & ADVOCACY, PLLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS *et al.*<br><br>Defendants. | No. 1:17-cv-01974-ABJ |

**PLAINTIFF'S STATEMENT OF MATERIAL
FACTS NOT IN GENUINE DISPUTE**

In support of its Cross-Motion for Summary Judgment, Plaintiff states the following material facts not in dispute:

1. When Plaintiff filed its Complaint in this action on September 25, 2017, each of the seven FOIA requests at issue was nearly two years old.

2. When Plaintiff filed its Complaint in this action on September 25, 2017, six of the seven FOIA requests at issue had not received any response determination.

3. When Plaintiff filed its Complaint in this action on September 25, 2017, not a single page had been disclosed in response to the seven FOIA requests at issue.

4. After the filing of the Complaint, VA's Office of General Counsel ("OGC") released 10 records (62 pages), in whole or in part, but also withheld in full approximately 382 records.  The Veterans Benefits Administration ("VBA") released 4 records (68 pages) and the VA Office of Public Affairs ("OPIA") released 367 pages of records (mostly emails), in whole or in part.

5. Since the filing of the Complaint, neither the FBI nor DOJ have released any records.

- 2 -

6.  By email to Defendants' counsel on October 4, 2018, Plaintiff narrowed the issues remaining in this dispute to certain particular records and matters concerning scope of search. Although that email from Plaintiff stated that with respect to the First FOIA Request to VA, "WE SHOULD DISCUSS PLAINTIFF POTENTIALLY DROPPING THESE ITEMS IF YOU CAN PROVIDE MORE INFORMATION ON THESE 'ELECTROINC CASES'," neither VA nor its counsel responded to that request.

Dated:  January 11, 2019                    Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
  Email:  watkins@wlapllc.com
WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: (202) 355-9421
Facsimile: (202) 355-9424